```
BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

FILED

AUG 3 1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br>     v.<br>VICTOR MANUEL ESPITIA,<br>               Defendant. | MAG. NO. 05-116-dad<br><br>MOTION TO DISMISS<br>AND (proposed) ORDER |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the Complaint against VICTOR MANUEL ESPITIA.

DATED: August 31, 2010

BENJAMIN B. WAGNER
United States Attorney
                  /s/Michelle Rodriguez
By_____
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice the Complaint in MAG No. 05-0116-DAD against defendant VICTOR MANUEL ESPITIA is GRANTED.

DATED: Aug 31, 2010

GREGORY G. HOLLOWS
_____
HON. GREGORY G. HOLLOWS
U.S. Magistrate Court Judge